UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR JOESHAWN BAILEY, aka OMAR BAILEY,<br><br>　　　　Petitioner<br><br>vs.<br><br>G.J. GIURBINO, Warden,<br><br>　　　　Respondent. | Case No. EDCV 07-0290-ABC(RC)<br><br>JUDGMENT |

　　Pursuant to the Order of the Court adopting the findings, conclusions, and recommendations of United States Magistrate Judge Rosalyn M. Chapman,

　　IT IS ADJUDGED that the petition for writ of habeas corpus is denied and the action is dismissed with prejudice.

DATE: January 16, 2009

　　　　　　　　　　　　　　　　　　/s/ Audrey B. Collins
　　　　　　　　　　　　　　　　　　AUDREY B. COLLINS
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE

R&R\07-0290.jud
12/15/08